IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA M. SANTILLO, ) | No. C 07-3038 RMW (PR) |
| ) Petitioner, ) | ORDER OF DISMISSAL |
| ) vs. ) | |
| SCHELIA A. CLARK, Warden, ) | |
| ) Respondent. ) | |

On June 12, 2007, petitioner filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2241. On that same day, the court sent a notification to petitioner that she had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. The court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days.

As of the date of this order, petitioner has not communicated with the court, nor filed a completed in forma pauperis application or paid the filing fee.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\ Santillo038disifp           1

1  Accordingly, the instant habeas action is dismissed without prejudice for petitioner's
2  failure to submit a completed in forma pauperis application or pay the filing fee.  The
3  clerk shall terminate any pending motions and close the file.
4      IT IS SO ORDERED.
5  DATED: 8/7/2007          /s/ Ronald M. Whyte
                                             RONALD M. WHYTE
6                                               United States District Judge

1  This is to certify that on _____8/8/2007_____, a copy of this
   ruling was mailed to the following:

Amanda M. Santillo
95476-198
Federal Detention Center
5675 8th Street-Camp Parks
Dublin, CA  94568

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\ Santillo038disifp           3