IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA M. SANTILLO,           ) | No. C 07- 3038 RMW (PR) |
| )  Petitioner,           ) | JUDGMENT |
| vs.           ) | |
| SCHELIA A. CLARK,           ) | |
| )  Respondent.           ) | |

    The court has dismissed the instant habeas action without prejudice for petitioner's failure to submit a completed in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/7/2007         /s/ Ronald M. Whyte                                RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.07\ Santillo038jud         1

1  This is to certify that on __8/8/2007_____, a copy of this
   ruling was mailed to the following:
2
3  Amanda M. Santillo
   95476-198
4  Federal Detention Center
   5675 8th Street-Camp Parks
5  Dublin, CA 94568

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.rmw\hc.07\ Santillo038jud          2